UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 10 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-031-BES-LRL |
| Plaintiff, ) | |
| vs. ) | |
| JAMES D PAYNE ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#89), sentencing held on June 11, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| Payee | Amount |
|---|---|
| IRS – RACS | $1,088,953.80 |
| A H LOFTY | $101,473.39 |
| AMERICAN WILD WOODLAND GINSENG | $52,536.56 |
| BOMBAT SPORTS | $74,913.24 |
| BOOKER-LEE INC | $9,728.99 |
| CENTER FOR LIVING INC | $72,967.45 |
| CHEATWOOD FLOORING LLC | $97,289.93 |
| CLARINGTON SPORTS PLACE | $340,514.74 |
| CONTEMPORARY CONCEPTS INC | $16,539.29 |
| COPPER CANYON INC | $119,180.16 |

| | |
|---|---:|
| DENVER LOFTS | $75,205.11 |
| DIAMOND LODGING & REAL ESTATE | $170,257.37 |
| EAT AT JOES LTD | $34,051.47 |
| FMN INC | $194,579.85 |
| HOLCYN CORP | $48,644.96 |
| KATY COUNTRY | $9,728.99 |
| LEGACY HEALTH CARE GROUP LLC | $60,611.62 |
| MPD INC | $24,322.48 |
| OMNI INDUSTRIES | $729.67 |
| RAINBOW ACQUISTION & DEVELOPMENT CORP | $364,837.23 |
| RINCON GOLF AND COUNTRY CLUB | $82,696.44 |
| RIVER TERRACE | $75,205.11 |
| ROBERT ROMAINE PROPERTIES LTD | $11,188.34 |
| ST JOHN MANUFACTURING INC | $48,644.96 |
| ST PHILIP LAND LTD | $97,289.93 |
| TAHOE AIRORT CENTER | $11,674.79 |
| TOADS PLACE | $16,539.29 |
| VICKERS AND ASSOCIATES | $52,536.56 |
| VILLAGER INN HILLTOP | $48,644.96 |
| VISCO PRODUCTS INC | $34,051.47 |
| WHITEWATER BEACH PARK OF MISSISSIPPI | $97,289.93 |
| WOODS OF THE WORLD | $77,831.94 |
| ECO EMPIRE GROUP INTERNATIONAL | $194,579.85 |
| GEOLOGICAL ENGINEERING SVC | $77,831.94 |
| GRUPO TANGAMANGO | $77,831.94 |

**Total Amount of Restitution ordered: $3,960,903.80**

Dated this _____/_____ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE